*RECP # 151018*

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-12215 - WALTERS, WALTER H

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Recovery Management Systems Corporation** **For Capital Recovery II LLC** **As Assignee of FIRST PREMIER** **25 SE 2nd Avenue Suite 1120** **Miami FL 33131** | 000001 | 405.50 | 4.96 *CK #103* |
| **Dr. Howard Waxman** **31715 Vine St.** **Willowick, OH** (11-1) serv | 000011 | 302.91 | 3.71 *#113* |
| ---------- Remittance Total -------------- | | 708.41 | 8.67 |

TRUSTEE VIRGIL E. BROWN, JR. Trustee

FILED
2010 SEP 27 AM 11:34
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND